Thomas A. Vogele, Esq.  (SBN 254557)
Timothy M. Kowal, Esq. (SBN 254709)
Brendan M. Loper, Esq.  (SBN 282198)
THOMAS VOGELE & ASSOCIATES, APC
3199 Airport Loop Drive, Suite A3
Costa Mesa, California 92626
Telephone:   (714) 641-1232
Facsimile:    (888) 391-4105
Email:         tvogele@tvalaw.com
                   tkowal@tvalaw.com

Attorneys for plaintiffs C & C Properties, Inc.,
JEC Panama, LLC and Wings Way, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# BAKERSFIELD DIVISION

| | |
|---|---|
| C & C PROPERTIES, a California corporation; JEC PANAMA, LLC, a California limited liability company; and WINGS WAY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SHELL PIPELINE COMPANY, a Delaware limited partnership; ALON USA PARAMOUNT PETROLEUM CORPORATION, a Delaware corporation; EOTT ENERGY OPERATING LIMITED PARTNERSHIP, a Delaware limited partnership; PLAINS ALL AMERICAN GP, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 1:14-cv-01889 JLT<br><br>**ORDER ON STIPULATION TO CONTINUE JOINT STATUS REPORT DUE DATE**<br><br>Action Filed:  November 26, 2014<br>Trial Date:      Not Set |

Plaintiffs C & C Properties, Inc., JEC Panama, LLC, and Wings Way, LLC (collectively, "Plaintiffs"), and defendants Shell Pipeline Company; Alon USA

- 1 -
**[PROPOSED] ORDER ON STIPULATION TO CONTINUE JOINT STATUS REPORT DUE DATE**

36675; 2080-001

1  Paramount Petroleum Corporation; and Plains All American GP, LLC (collectively,
2  "Defendants"), being all parties who have appeared in the action, by and through
3  their counsel of record, filed a stipulation to continue the due date for the filing of
4  the Joint Status Report.  Said Stipulation is now GRANTED as follows:
5      1.  The Joint Status Report is due on March 10, 2015.

8  Date: 2/10/2015

9                                      /s/ John A. Mendez_____
                                        John A. Mendez
10                                      United States District Court Judge