Thomas A. Vogele, Esq.  (SBN 254557)
Timothy M. Kowal, Esq. (SBN 254709)
Brendan M. Loper, Esq. (SBN 282198)
THOMAS VOGELE & ASSOCIATES, APC
3199 Airport Loop Drive, Suite A3
Costa Mesa, California 92626
Telephone:      (714) 641-1232
Facsimile:       (888) 391-4105
Email:             tvogele@tvalaw.com
                       tkowal@tvalaw.com

Attorneys for plaintiffs C & C Properties, Inc., JEC Panama, LLC and Wings Way, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**BAKERSFIELD DIVISION**

| | |
|---|---|
| C & C PROPERTIES, INC., a California corporation; JEC PANAMA, LLC, a California limited liability company; and WINGS WAY, LLC, a Delaware limited liability company, <br><br>     Plaintiffs, <br><br> vs. <br><br> SHELL PIPELINE COMPANY, a Delaware limited partnership; ALON USA PARAMOUNT PETROLEUM CORPORATION, a Delaware corporation; EOTT ENERGY OPERATING LIMITED PARTNERSHIP, a Delaware limited partnership; PLAINS ALL AMERICAN GP, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive, <br><br>     Defendants. | CASE NO.: 1:14-cv-01889 JAM JLT <br><br> Assigned to the Hon. John A. Mendez <br><br> **ORDER RE STIPULATION FOR LEAVE TO AMEND THE COMPLAINT** <br><br><br> Action Filed:    November 26, 2014 <br> Trial Date:      Not Set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On February 24, 2015 a [joint] stipulation for leave to amend the complaint was filed by plaintiffs C&C Properties; JEC Panama, LLC; and Wings Way, LLC (collectively, "Plaintiffs").

- 1 -
**[PROPOSED] ORDER RE STIPULATION FOR LEAVE TO AMEND THE COMPLAINT**
1-14cv1889.o.22615.doc; 2080-001

1  The Court, after considering the stipulation, and GOOD CAUSE appearing therefor, hereby
2  orders the stipulation GRANTED.
3
4
5
6
7  DATED:  2/26/2015                    /s/ John A. Mendez_____
                                        UNITED STATES DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28