|  |  |
|---|---|
| C&C PROPERTIES, et al., | Case No.: 1:14-cv-01889 JAM  JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME RELATED TO COMPLETION OF MEDIATION |
| v. | |
| SHELL PIPELINE COMPANY, et al., | (Doc. 61) |
| Defendants. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

The parties have agreed to engage in mediation to attempt to resolve this matter before the Court's issues its findings and recommendations on Plaintiffs' motion for preliminary injunction. (Doc. 58)  Though the parties anticipated they would complete mediation by August 14, 2015, they have filed a joint status report indicating they need until August 19, 2015 to do so.  (Doc. 61 at 2)  They request the Court delay issuing its findings and recommendations until after that date.  Id.  Good cause appearing, the Court **ORDERS**:

1. The parties **SHALL** complete their mediation efforts by August 19, 2015.  No later than August 19, 2015, the parties **SHALL** file a joint report detailing whether they have achieved a compromise;

///

///

///

1

1     2.    The Court **GRANTS** the request to delay filing the findings and recommendations until after August 19, 2015.

IT IS SO ORDERED.

    Dated:   **August 17, 2015**                    **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE