UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&C PROPERTIES, et al.,<br><br>         Plaintiffs,<br><br>     v.<br><br>SHELL PIPELINE COMPANY, et al.,<br><br>         Defendants. | Case No.: 1:14-cv-01889 JAM  JLT<br><br>ORDER GRANTING SECOND STIPULATION FOR AN EXTENSION OF TIME RELATED TO COMPLETION OF MEDIATION<br><br>(Doc. 63) |

The parties have agreed to engage in mediation to attempt to resolve this matter before the Court's issues its findings and recommendations on Plaintiffs' motion for preliminary injunction. (Doc. 58)  Though the parties anticipated they would complete mediation by August 14, 2015 and then by August 19, 2015 (Doc. 61 at 2), now they report they need until September 1, 2015 to do so.  (Doc. 63 at 2) They request the Court delay issuing its findings and recommendations until after that date. Id. Good cause appearing, the Court **ORDERS**:

1.  The parties **SHALL** complete their mediation efforts by August 31, 2015.  No later than August 31, 2015, the parties **SHALL** file a joint report detailing whether they have achieved a compromise;

///

///

///

1

2. The Court **GRANTS** the request to delay filing the findings and recommendations until after September 1, 2015.

IT IS SO ORDERED.

Dated:   **August 20, 2015**         /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE