1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11  C&C PROPERTIES, et al.,                    )  Case No.: 1:14-cv-01889 JAM  JLT
                                               )
12              Plaintiffs,                     )  ORDER GRANTING THIRD STIPULATION FOR
                                               )  AN EXTENSION OF TIME RELATED TO
13        v.                                    )  COMPLETION OF MEDIATION
                                               )
14  SHELL PIPELINE COMPANY, et al.,            )
                                               )  (Doc. 65)
15              Defendants.                     )
                                               )
16

17        The parties have agreed to engage in mediation to attempt to resolve this matter before the

18  Court's issues its findings and recommendations on Plaintiffs' motion for preliminary injunction.

19  (Doc. 58)  Though the parties anticipated they would complete mediation by August 14, 2015 and then

20  by August 19, 2015 (Doc. 61 at 2) and then by September 1, 2015 (Doc. 63 at 2), now they report they

21  need until September 9, 2015 to do so.[1]  (Doc. 65 at 2) They request the Court delay issuing its

22  findings and recommendations until after that date. <u>Id</u>.  Good cause appearing, the Court **ORDERS**:

23        1.      The parties **SHALL** complete their mediation efforts by September 9, 2015.  No later

24  than September 8, 2015, the parties **SHALL** file a joint report detailing whether they have achieved a

25  compromise;

26

27  ───────────────────────

28  [1] The Court appreciates the parties efforts toward resolution of the matter.  However, it does not
    anticipate that much more time, beyond this current order, will be permitted.  Thus, they are **<u>strongly
    urged</u>** to redouble their efforts to achieve agreement.

                                               1

1          2.          The Court **GRANTS** the request to delay filing the findings and recommendations until

2     after September 9, 2015.

3

4     IT IS SO ORDERED.

5          Dated:     **September 2, 2015**                    **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28