UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C & C PROPERTIES, INC., a California corporation; JEC PANAMA, LLC, a California limited liability company; WINGS WAY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SHELL PIPELINE COMPANY, a Delaware limited partnership; ALON USA PARAMOUNT PETROLEUM CORPORATION, a Delaware corporation; CHEVRON PIPE LINE COMPANY, a Delaware corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | No. 1:14-cv-01889-JAM-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

Plaintiffs C&C Properties, Inc., JEC Panama, LLC, and Wings Way, LLC (collectively, "Plaintiffs") filed a motion for a preliminary injunction (Docs. ## 19, 25). The matter was referred to United States Magistrate Judge Jennifer L. Thurston (Doc. #44).

On September 23, 2015, Magistrate Judge Thurston filed findings and recommendations suggesting granting the motion, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendant Shell Pipeline Company has filed objections to the findings and

1

recommendations (Doc. #74) and Plaintiffs have filed a response (Doc. #75).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file and the objections and responses of the parties, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 23, 2015 are adopted in full.

2. Plaintiffs' motion for a preliminary injunction as to the 14" Shell pipeline is GRANTED and Plaintiffs are directed to post a $430,000 bond with the Clerk of Court within ten (10) days of the date of this order;

3. Defendant Shell Pipeline Company is directed to immediately lower the 14" pipeline in the frontage of the property to at least three feet below the scarification depth, or to relocate or remove it at Shell's option;

4. This order will continue to be in effect until the Court enters a final judgment in this action or otherwise lifts the injunction.

Dated: December 3, 2015

John A. Mendez,
United States District Judge