UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&C PROPERTIES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SHELL PIPELINE COMPANY, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01889 JAM  JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR SANCTIONS<br><br>(Doc. 85) |

　　　The parties have stipulated to continue the hearing on Plaintiffs' motion for sanctions (Doc. 83) to April 1, 2016. (Doc. 85 at 2)  They report that Alon anticipates completing the work to remove its pipeline by March 4, 2016 and Shell and Plaintiffs are in process of meeting with the County of Kern to begin the process of moving or lowering the 14" pipeline consistent with the preliminary injunction. Id.  Thus, good cause appearing, the stipulation to continue the hearing on Plaintiff's motion (Doc. 85) is **GRANTED** and the motion (Doc. 83) is continued to April 1, 2016 at 10:00 a.m. Telephonic appearances via CourtCall are authorized.

IT IS SO ORDERED.

　　Dated:　**February 24, 2016**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE