UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C & C PROPERTIES, INC., et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>SHELL PIPELINE COMPANY, et al.,<br><br>     Defendants. | CASE NO.: 1:14-cv-01889 DAD JLT<br><br>[~~PROPOSED~~] **STIPULATED ORDER TAKING THE FEBRUARY 23, 2017 SETTLEMENT CONFERENCE OFF-CALENDAR**<br><br>(Doc. 122) |

The stipulation to continue the settlement conference to April 6, 2017 at 9:00 a.m. (Doc. 122) is **GRANTED**. The parties **SHALL** file updated settlement conference statements no later than March 30, 2017. The parties are strongly urged to reconsider their current settlement postures and to reevaluate fairly and accurately the value of this case.

IT IS SO ORDERED.

   Dated:  **February 21, 2017**                       **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE