# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&C PROPERTIES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHELL PIPELINE COMPANY, et al., <br><br> Defendants. | Case No.: 1:14-cv-01889 - DAD - JLT <br><br> ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER <br> (Doc. 140) |

Plaintiffs seek leave to modify the scheduling order to allow the filing of a motion to compel discovery. (Doc. 140) However, Plaintiffs failed to file a notice of motion or set the matter for hearing, and as a result no deadlines were triggered for the parties' briefing on the motion. Thus, it is necessary for the Court to set a briefing schedule on the motion by the parties. Accordingly, the Court **ORDERS**:

1. Defendants **SHALL** file any opposition or notice of non-opposition no later than **October 18, 2017**; and
2. Any reply **SHALL** be filed no later than one week following the opposition.

IT IS SO ORDERED.

Dated: **September 29, 2017**     /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE