**FILED**

JUN 1 4 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&C PROPERTIES, et al., | No.  1:14-cv-01889-DAD-JLT |
| Plaintiffs, | |
| v. | <u>VERDICT FORM</u> |
| SHELL PIPELINE COMPANY, et al., | |
| Defendants. | |

WE, THE JURY, in the above action, unanimously find the following Special Verdict on the questions submitted to us:

1. What is the amount of punitive damages, if any, you are awarding to plaintiffs?

Shell          $ _____ Ø _____

Alon           $ _____ Ø _____

*Please sign and date this form and return it to the court.*

Dated:  6/14/2019

MARK NORTH
Jury Foreperson's Signature

1