UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&C PROPERTIES, INC. et al,<br><br>Plaintiff,<br><br>v.<br><br>SHELL PIPELINE COMPANY, et al,<br><br>Defendant. | Case No. 1:14-cv-01889-DAD-JLT<br><br>JUDGMENT IN A CIVIL ACTION |

Judgment is entered in this action in favor of Plaintiffs' and against Defendants' on all plaintiff's claims, according to the verdicts of the trial jury returned in open Court June 14, 2019.

Dated: June 14, 2019

                                              MARIANNE MATHERLY, CLERK OF THE COURT

                                              By: /s/ Jami Thorp
                                                     Jami Thorp, Deputy Clerk