UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C & C PROPERTIES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SHELL PIPELINE COMPANY, et al.,<br><br>　　　　Defendants. | No. 1:14-cv-01889-DAD-JLT<br><br>ORDER EXTENDING STAY OF EXECUTION OF JUDGMENT<br><br>(Doc. No. 268) |

　　　Pursuant to the parties' stipulation (Doc. No. 268), and good cause appearing, the court extends the stay of execution on plaintiffs' judgment against defendant Shell Pipeline Company until August 1, 2019.

IT IS SO ORDERED.

　Dated: __**July 17, 2019**__　　　　　　　　　_/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1