UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C & C PROPERTIES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SHELL PIPELINE COMPANY, et al.,<br><br>　　　　　Defendants. | No. 1:14-cv-01889-DAD-JLT<br><br>ORDER GIVING EFFECT TO STIPULATION AND APPROVING FORM OF BOND<br><br>(Doc. No. 275) |

On August 1, 2019, the parties filed a stipulation with the court regarding a proposed bond to be posted by defendant Shell Pipeline Company. (Doc. No. 275.) In it, plaintiffs state that they have no objection to the form of bond.

Accordingly,

1. The form of Shell's bond is approved as set forth in the parties' stipulation (Doc. No. 275);

2. The judgment against Shell is stayed pending resolution of Shell's pending post-trial motions and any appeal; and

/////
/////
/////
/////

1

3. Plaintiffs reserve the right to seek to increase the amount of the bond, to vacate the stay, or to seek other appropriate relief, as circumstances warrant.

IT IS SO ORDERED.

Dated: **August 5, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE