1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  C & C PROPERTIES, et al.,                No.  1:14-cv-01889-DAD-JLT

12            Plaintiffs,

13      v.                                   ORDER GIVING EFFECT TO STIPULATION
                                             TO RELEASE PRELIMINARY INJUNCTION
14  SHELL PIPELINE COMPANY, et al.,          BOND

15            Defendants.                    (Doc. No. 308)

16

17          On November 22, 2019, the parties filed a stipulation with the court to release the

18  preliminary injunction bond posted by plaintiffs C & C Properties, Inc., JEC Panama, LLC, and

19  Wings Way, LLC (collectively, "plaintiffs").  (Doc. No. 308.)  Plaintiffs posted the bond in the

20  amount of $430,000.00 pursuant to the court's order on December 3, 2015, which continued "to

21  be in effect until the Court enter[ed] a final judgment in this action or otherwise lift[ed] the

22  injunction."  (Doc. No. 76 at 2:14–15.)  As stated in the parties' stipulation, judgment was entered

23  on June 17, 2019 in favor of plaintiffs and against defendants (*see* Doc. No. 229), the purpose of

24  the bond has expired, and defendants agree to the release of the bond.  (Doc. No. 308 at 2.)

25  /////

26  /////

27  /////

28  /////

                                          1

Accordingly, for all the reasons set forth in the stipulation and herein, the court orders that the bond money be released to the plaintiffs.

IT IS SO ORDERED.

Dated: __**November 25, 2019**__

_____
UNITED STATES DISTRICT JUDGE