MICHAEL R. MATTHIAS, SBN 057728
JOELLE A. BERLE, SBN 252532
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:    (310) 820-8800
Facsimile:    (310) 820-8859
Email:        mmatthias@bakerlaw.com
              jberle@bakerlaw.com

ANDREW M. GROSSMAN, admitted *pro hac vice*
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
Telephone:    (202) 861-1697
Facsimile:    (202) 861-1783
Email:        agrossman@bakerlaw.com

*Attorneys for Defendants* ALON BAKERSFIELD PROPERTY, INC. and PARAMOUNT PETROLEUM CORPORATION

*[ADDITIONAL COUNSEL ON NEXT PAGE]*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C & C PROPERTIES, INC., a California corporation; JEC PANAMA, LLC, a California limited liability company; and WINGS WAY, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>  v.<br><br>SHELL PIPELINE COMPANY, a Delaware limited partnership, ALON BAKERSFIELD PROPERTY, INC. & PARAMOUNT PETROLEUM CORPORATION, a Delaware corporation; EOTT ENERGY OPERATING LIMITED PARTNERSHIP, a Delaware limited partnership; PLAINS ALL AMERICAN GP, LLC, a Delaware limited liability company; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 1:14-cv-01889-DAD-JLT<br><br>Judge:      Hon. Dale A. Drozd<br>Mag. Judge: Hon. Jennifer L. Thurston<br><br><br>**NOTICE OF APPEAL** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  W. RAY WHITMAN, admitted *pro hac vice*
   **BAKER & HOSTETLER LLP**
2  811 Main Street, Suite 1100
   Houston, TX 77002-6111
3  Telephone:    (713) 751-1600
   Facsimile:    (713 )751-1717
4  Email:        rwhitman@bakerlaw.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANTS ALON BAKERSFIELD PROPERTY, INC. AND PARAMOUNT PETROLEUM CORPORATION'S NOTICE OF APPEAL
CASE NO.: 1:14-CV-01889-DAD-JLT

## **NOTICE OF APPEAL**

Notice is hereby given that Alon Bakersfield Property, Inc. and Paramount Petroleum Corporation, defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the judgment in this action (ECF No. 229) and the order resolving various post-trial motions (ECF No. 310), which was entered on November 27, 2019.

Dated: December 6, 2019              **BAKER & HOSTETLER LLP**

By:   */s/ Michael R. Matthias*
      Andrew M. Grossman
      W. Ray Whitman
      Michael R. Matthias
      Joelle A. Berle

*Attorneys for Defendants*
ALON BAKERSFIELD PROPERTY, INC.
and PARAMOUNT PETROLEUM
CORPORATION

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1
DEFENDANTS ALON BAKERSFIELD PROPERTY, INC. AND PARAMOUNT PETROLEUM CORPORATION'S NOTICE OF APPEAL
CASE NO.: 1:14-CV-01889-DAD-JLT