# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

Name of U.S. District Court: Eastern District

U.S. District Court case number: 1:14-cv-01889 DAD JLT

Date case was first filed in U.S. District Court: November 26, 2014

Date of judgment or order you are appealing: November 27, 2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

C & C Properties, Inc.
JEC Panama, LLC
Wings Way, LLC

Is this a cross-appeal? ⦿ Yes    ○ No

If Yes, what is the first appeal case number? 19-17463

Was there a previous appeal in this case?    ○ Yes    ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

Thomas Vogele & Associates, APC, 129 W. Wilson St., Suite 200

City: Costa Mesa    State: CA    Zip Code: 92627

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Timothy M. Kowal    **Date** December 19, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| C & C Properties, Inc.<br>JEC Panama, LLC<br>Wings Way, LLC |

Name(s) of counsel (if any):

| |
|---|
| Thomas A. Vogele, Thomas Vogele & Associates, APC<br>Timothy M. Kowal, Thomas Vogele & Associates, APC |

Address: | 129 W. Wilson St., Suite 200, Costa Mesa, CA 92627

Telephone number(s): | 714-641-1232

Email(s): | tvogele@tvalaw.com, tkowal@tvalaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Alon Bakersfield Property, Inc.<br>Paramount Petroleum Corporation |

Name(s) of counsel (if any):

| |
|---|
| Michael R. Matthias, Baker Hostetler LLP<br>Joelle A. Berle, Baker Hostetler LLP |

Address: | 11601 Wilshire Blvd., Suite 1400, Los Angeles, CA 90025-0509

Telephone number(s): | 310-820-8800

Email(s): | mmatthias@bakerlaw.com, jberle@bakerlaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

C & C Properties, Inc., JEC Panama, LLC, Wings Way, LLC

Name(s) of counsel (if any):

Jeffrey Lewis, Jeff Lewis Law

Address:  609 Deep Valley Dr., Suite 200, Rolling Hills Estates, CA 90274

Telephone number(s): 310-935-4001

Email(s):  Jeff@JeffLewisLaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

## Appellees

Name(s) of party/parties:

Alon Bakersfield Property, Inc.
Paramount Petroleum Corporation

Name(s) of counsel (if any):

Andrew M. Grossman, Baker Hostetler LLP

Address:  1050 Connecticut Ave., N.W., Suite 1100, Washington, DC 20036

Telephone number(s): 202-861-1697

Email(s):  agrossman@bakerlaw.com

Name(s) of party/parties:

Shell Pipeline Company

Name(s) of counsel (if any):

Raymond A. Cardozo, Reed Smith LLP

Address:  101 Second St., Suite 1800, San Francisco, CA 94105-3659

Telephone number(s): 415-543-8700

Email(s):  rcardozo@reedsmith.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Shell Pipeline Company

Name(s) of counsel (if any):
Kevin A. Day, AlvaradoSmith

Address:  1 MacArthur Place, Suite 200, Santa Ana, CA 92707

Telephone number(s): 713-852-6800

Email(s):  kday@alvaradosmith.com

Name(s) of party/parties:
Shell Pipeline Company

Name(s) of counsel (if any):
Kasey J. Curtis, Reed Smith LLP

Address:  355 S. Grand Ave., Suite 2900, Los Angeles, CA 90071-1514

Telephone number(s): 213-457-8000

Email(s):  kcurtis@reedsmith.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*