UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&C PROPERTIES, INC., et al., | No. 1:14-cv-01889-DAD-JLT |
| Plaintiffs, | |
| v. | ORDER DIRECTING THE FILING OF SUPPLEMENTAL BRIEFING AND SETTING A STATUS CONFERENCE |
| SHELL PIPELINE COMPANY, et al. | |
| Defendants. | (Doc. No. 331) |

On August 2, 2021, the Court of Appeals for the Ninth Circuit remanded this action for the limited purpose of determining whether there is complete diversity in this case. (Doc. No. 331.) In the event this court determines complete diversity does not exist, the court was then asked to consider whether the nondiverse party is indispensable or may be dropped in accordance with Federal Rule of Procedure 21. (*Id.* at 3.)

Accordingly, a status conference is hereby set for August 24, 2021 at 10:00 a.m. PDT. The parties are directed to file a proposed briefing schedule or other proposal as to how to proceed, either jointly or separately, one week before the August 24, 2021 status conference.

IT IS SO ORDERED.

Dated:  **August 5, 2021**

UNITED STATES DISTRICT JUDGE

1