UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&C PROPERTIES, INC., et al.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>SHELL PIPELINE COMPANY, et al.,<br><br>                    Defendants. | Case No. 1:14-cv-01889-ADA-CDB<br><br>ORDER TO APPEAR FOR STATUS CONFERENCE<br><br>ORDER TO FILE JOINT REPORT<br><br><u>20-DAY DEADLINE</u> |

   This matter is before the court on limited remand from the U.S. Court of Appeals for the Ninth Circuit. (Doc. 362). Specifically, on April 11, 2023, the Ninth Circuit issued an order affirming in part, reversing in part, and vacating and remanding this action to this court in part.

   First, the Ninth Circuit vacated the court's order denying the motion for judgment as a matter of law and for a new trial and directed this court on remand to revise the judgment to reflect that liability accrued no earlier than October 4, 2014.

   Second, the Ninth Circuit directed the court to revise "the benefits obtained award" in accordance with the October 4, 2014 date.

   Third, the Ninth Circuit directed that the court should have granted Alon's motion to modify the judgment and use a reasonable method of calculation to approximate the amount of wrongful gain caused by Alon's trespass.

   Fourth, the Ninth Circuit reversed the award of attorneys' fees.

   Accordingly, the parties are HEREBY ORDERED to appear for a status conference on

1  May 16, 2023, at 10:30 a.m., before the undersigned magistrate judge, to address resolution of the
2  matters summarized above, including the scheduling of any necessary briefing and/or hearings.
3  The parties shall coordinate in advance with Courtroom Deputy Susan Hall
4  (shall@caed.uscourts.gov) to obtain Zoom videoconference connection details.
5      It is FURTHER ORDERED, not later than May 10, 2023, the parties shall meet and
6  confer in an effort to reach consensus on the proposed courses of action and file a joint report
7  addressing those courses of action, and any other matters for the court's consideration, to be
8  further discussed at the status conference on May 16, 2023.
9  IT IS SO ORDERED.
10     Dated:   **April 20, 2023**
11                                                 UNITED STATES MAGISTRATE JUDGE