UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C & C PROPERTIES, INC. ET AL.,<br><br>                     Plaintiffs,<br><br>          v.<br><br>SHELL PIPELINE COMPANY, ET AL.,<br><br>                     Defendants. | Case No. 1:14-cv-01889-ADA-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO FILE RESPONSIVE BRIEFS REGARDING POST-APPEAL PROCEEDINGS FOLLOWING REMAND<br><br>(Doc. 372) |

Pending before the Court is the Parties' stipulation requesting a two-day extension of time to file their responsive briefs. (Doc. 372). Accordingly, based on the Parties' representations in the stipulation, and for good cause appearing, it is HEREBY ORDERED, the Parties shall have a two (2) day extension of time from June 19, 2023, to June 21, 2023, to file their responsive briefs regarding post-appeal proceedings.

IT IS SO ORDERED.

Dated:   **June 14, 2023**                    _____
                                                                  UNITED STATES MAGISTRATE JUDGE