IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&C PROPERTIES, INC, et al., § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-1:14-cv-1889-LHR-CDB |
| SHELL PIPELINE COMPANY, et al., § | |
| § | |
| Defendants. § | |

## AMENDED FINAL JUDGMENT

For the reasons set out in this court's Memorandum and Order signed on May 15, 2024, (Docket Entry No. 229), and the plaintiffs' notice of acceptance of remittitur, (Docket Entry No. 392), the final judgment is amended. The damages awards are revised as follows:

The damages award against Shell Pipeline Company is reduced to **$30,086,052.86**.

The damages award against Alon Bakersfield Property, Inc. is reduced to **$0.00**.

SIGNED on May 29, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge