Raymond A. Cardozo (SBN 173263)
Email: rcardozo@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Phone:+1 415 543 8700
Fax: +1 415 391 8269

Kasey J. Curtis (SBN 268173)
Email: kcurtis@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant SHELL PIPELINE COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| C & C PROPERTIES, INC., a California corporation; JEC PANAMA, LLC, a California limited liability company; and WINGS WAY, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SHELL PIPELINE COMPANY, a Delaware limited partnership; ALON USA PARAMOUNT PETROLEUM CORPORATION, a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 1:14-cv-01889-LHR-CDB<br><br>**STIPULATION REGARDING REDUCTION OF SUPERSEDEAS BOND**<br><br>JUDGE: Hon. Lee H. Rosenthal<br>MAG. JUDGE: Hon. Christopher D. Baker |

**STIPULATION**

Plaintiffs C & C Properties, Inc., JEC Panama, LLC, and Wings Way, LLC ("Plaintiffs"); and Defendant Shell Pipeline Company ("Shell") (collectively, the "Parties"), by and through their undersigned counsel, enter into the following stipulation with reference to the following:

**WHEREAS** on June 17, 2019, judgment was entered in this action in favor of Plaintiffs and against Shell on the jury's verdict of benefits obtained from trespass of $33,230,768;

**WHEREAS**, on August 5, 2019, the Court approved the Parties' stipulation regarding the form of bond to be posted by Shell (Dkt. 277), and Shell posted a bond in the amount of $42,376,990;

**WHEREAS**, following an appeal and subsequent remand from the United States Court of Appeals for the Ninth Circuit, on May 29, 2024, the Court entered an Amended Final Judgment in favor of Plaintiffs and against Shell in the reduced amount of $30,086,052.86 (Dkt. 393);

**WHEREAS**, on June 13, 2024, Shell filed a notice of appeal from the Amended Final Judgment (Dkt. 395);

**WHEREAS**, pursuant to Federal Rule of Civil Procedure Rule 62(b) and Local Rule 151(d), Shell is permitted to obtain a stay of the judgment by posting a bond in the amount of 125% of the judgment, provided the form of the bond is approved by the Court;

**WHEREAS**, the Parties have engaged in discussions regarding the reduction in the amount of bond that Shell has posted in light of the reduced judgment against Shell and the Parties agree that the bond may be reduced to $37,607,566.

**WHEREFORE, IT IS HEREBY STIPULATED** that Shell may reduce the amount of its supersedeas bond (Dkt. 277) from $42,376,990 to $37,607,566.  Plaintiffs reserve the right to seek to increase the amount of the bond, to vacate the stay, or other appropriate relief, as circumstances warrant.

DATED:   July 25, 2024           **REED SMITH LLP**

By:   */s/ Kasey J. Curtis*
Kasey J. Curtis
Attorneys for Defendant SHELL PIPELINE COMPANY

DATED: July 25, 2024         **THOMAS VOGELE & ASSOCIATES, APC**

By: _/s/Thomas Vogele_
    Thomas Vogele
    Attorneys for Plaintiffs C & C PROPERTIES, INC., JEC PANAMA, LLC, and WINGS WAY, LLC

**IT IS SO ORDERED.**

DATED: July 26, 2024

*[signature: Lee H. Rosenthal]*

Honorable Lee H. Rosenthal

I, Kasey J. Curtis, attest that as the ECF filer of this Stipulation, I obtained concurrence for this filing from all signatories to this document.

DATED: July 25, 2024         **REED SMITH LLP**

By: _/s/ Kasey J. Curtis_
    Kasey J. Curtis
    Attorneys for Defendant SHELL PIPELINE COMPANY