UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C & C PROPERTIES, INC., et al.,<br><br>  Plaintiffs,<br>v.<br><br>SHELL PIPELINE COMPANY, et al.,<br><br>  Defendants. | Case No.: 1:14-cv-01889-LHR-CDB<br><br>Judge:  Hon. Lee H. Rosenthal<br>Mag. Judge: Hon. Christopher D. Baker<br><br>**ORDER** |

This matter comes before the Court on Defendants Alon Bakersfield Property, Inc. and Paramount Petroleum Corporation's (collectively, "Alon") Unopposed Motion To Release the Appeal Bond. Following the Ninth Circuit's decision, the Court entered an amended final judgment on May 29, 2024. The purpose of Alon's appeal bond has expired, and Plaintiffs do not oppose releasing the bond.

Accordingly, the Court GRANTS Alon's Motion To Release the Appeal Bond and orders that the bond money be released to Alon.

IT IS SO ORDERED.

Dated: October 22, 2024

_____
United States District Judge

[PROPOSED ORDER]
CASE NO.: 1:14-CV-01889-LHR-CDB